**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**EMILIO NAPOLES,**

    Plaintiff,

    v.                                         **CASE NO. 3:05-cv-125-J-16HTS**

**CITY OF ATLANTIC BEACH, a Florida**
**municipality, CARL A. JOHNSON and**
**VICTOR L. GUALILLO,**

    Defendants.
_____/

**O R D E R**

Before the Court is the Defendants' Motion to Dismiss Complaint (Dkt. 5), with Memorandum of Law in Support (Dkt. 6), filed on April 28, 2005. On May 14, 2005, the Plaintiff filed a Motion to Amend or Correct the Complaint (Dkt. 8), which the Court denied as moot, allowing the Plaintiff's Amended Complaint to be filed without leave of Court.

According to the Plaintiff, the purpose of the Amended Complaint was to correct and rectify the issues raised by the Defendants in their Motion to Dismiss. The Court agrees with the Plaintiff that the issues raised in the initial Motion to Dismiss were mostly technical or dealt with the Plaintiff's alleged failure to make certain allegations under 42 U.S.C. §1983 and state law. Since the Amended Complaint (Dkt. 10) has now been filed, and it appears the Plaintiff has attempted to make the necessary corrections and allegations, the Court will therefore deny the Defendant's initial Motion without prejudice.

Accordingly, the Defendants' Motion to Dismiss (Dkt. 5) is hereby **DENIED without prejudice.** The Defendant shall respond to the Plaintiff's Amended Complaint (Dkt. 10) within twenty (20) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 23rd day of May, 2005.

JOHN H. MOORE II
United States District Judge

**Copies to:**   Counsel of Record