## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**EMILIO NAPOLES,**

    Plaintiff,

**v.**                                               **CASE NO. 3:05-cv-125-J-16HTS**

**CITY OF ATLANTIC BEACH, a Florida municipality; CARL A. JOHNSON, and VICTOR L. GUALILLO,**

    Defendants**.**

_____/

## ORDER

Before the Court is the Case Management Report (Dkt #14) filed on May 31, 2005. In reviewing the Case Management Report, as filed, it was not submitted in the proper format required. As stated in the Track Notice (Dkt #3) issued on February 15, 2005, "the parties shall utilize the revised case management report form attached to this notice in the preparation and filing of the Case Management Report." By failing to use the proper format, certain pertinent information was omitted which is required prior to the entry of the Case Management Order.

Therefore, the parties are directed to file a Case Management Report, in the correct format no later than June 15, 2005.

**BY ORDER OF THE COURT,** at Jacksonville, Florida, this __3rd__ day of June, 2005.

Copies to: Counsel of Record

JOHN H. MOORE II
United States District Judge